**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASMA MAKHAMRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOUNTAIN VIEW CENTERS; SMITA T. SANGHVI; and DOES 1 through 250 inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-06332 JLS (JCx)<br><br>**ORDER GRANTING MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT AND REQUEST FOR REASONABLE COSTS AND ATTORNEYS' FEES (Doc. 10)** |

Having reviewed Plaintiff's Motion to Remand to Los Angeles County Superior Court and for Reasonable Costs and Attorneys' Fees (Doc. 10), and good cause being shown, the Court GRANTS IN PART Plaintiff's motion.

Defendants' removal based on its purported belief that the Federal Arbitration Act somehow independently creates federal subject matter jurisdiction over this state law action lacked any merit either legally or factually. IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand is GRANTED IN PART and this matter is immediately remanded to the Los Angeles County Superior Court, Case No. 24PSCV02943. IT IS FURTHER ORDERED that Defendants pay Plaintiff's attorneys' fees and costs incurred in resisting this improper removal in the amount of $5,250.[1]

Dated: August 17, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The Court deducts one hour from Plaintiff's request for fees and costs related to anticipated time spent preparing for and attending the hearing on this Motion, as no hearing will be necessary.